Jeremiah Haak, Respondent, v. Buffalo, Rochester and Pittsburgh Railway Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. All concurred, except Kruse, P. J., who dissented; Foote, J., not sitting.

William A. Donlon, Respondent, v. The Solvay Process Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Laura Armstrong, as Administratrix, etc., Plaintiff, v. The Erie Railroad Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Louis Neipling, Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Jonathan R. Marlatt, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Lambert, J., who dissented.

In the Matter of the Estate of Frank Maischoss, Deceased. Eugene W. Maischoss, Individually and as Surviving, Executor, etc., Appellant; Emma M. Maischoss and Another, Respondents.—Decree of Surrogate's Court affirmed, with costs. All concurred.

Ernest Onetto, Plaintiff, v. Teutonia Fire Insurance Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred; Lambert, J., not sitting.

John O. Jones, Respondent, v. Village of Theresa, Appellant.— Judgment and order affirmed, with costs. All concurred.

Rosina Uhl, as Executrix, etc., Respondent, v. International Railway Company, Appellant.—Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that under the rule of law charged by the trial judge no negligence was shown entitling the plaintiff to recover.

Everett J. Markwick, Respondent, v. New York Telephone Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Richard S. Gilpin, Respondent, v. The Columbia National Bank, Appellant.— Order affirmed, with costs. All concurred.

Mary L. Town, Plaintiff, v. Dunkirk Printing Company, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John E. Durand, as Executor, etc., Plaintiff, v. John H. Gregory and Others, as Executors, etc., and Central Bank of Rochester, Defendants.— Motion for reargument denied.

Charlotte C. Griswold, Appellant, v. New York State Railways, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

Frank Sharrow, as Administrator, etc., Appellant, v. Inland Lines, Limited, and Stadacona Steamship Company, Respondents.— Judgment affirmed, with costs, upon the opinion of Woodward, J., delivered at Special Term (Reported in 82 Misc. Rep. 482). All concurred.